FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

June 11, 2015

Don Schnebly
Parker County District Attorney
117 Fort Worth St.
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

Harmony M. Schuerman
112 Hogle Street
Weatherford, TX 76086
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-15-00186-CR, 02-15-00187-CR,
                                   02-15-00188-CR, 02-15-00189-CR

        Trial Court Case Number:   CR14-0087, CR14-0088,
                                   CR14-0089, CR15-0236

Style:  Derek Kyle Auvenshine
        v.
        The State of Texas

The court has received a copy of the notice of appeal in this case.  *See* Tex. R. App. P. 25.2(c).

We have not received a docketing statement.  *See* Tex. R. App. P. 32.2. Therefore, the appellant is directed to file a docketing statement no later than **Monday, June 22, 2015,** or as soon as practicable thereafter.  If you cannot file a complete docketing statement at that time for good cause, you are directed to send a letter to the clerk explaining your reasons for not timely filing the statement and when you expect to file the statement.

**NOTE TO APPELLANT:**  At or before the time for perfecting the appeal, you must request in writing that the official reporter prepare the reporter's record. The request must designate the exhibits to be included.  A request to the court reporter must also designate the portions of the proceedings to be included.  You must also file a copy of this request with the trial court clerk.  *See* Tex. R. App. P. 34.6. **NOTE TO PARTIES:**  Except for the docketing statement, all filings by the parties, and all correspondence and rulings by the court, in this appeal will be posted to this court's website and will be accessible to the parties and the public

FILE COPY

when viewing the case record via the Case Search function on this court's website. Upon a party's motion showing good cause, the court may order that filings and briefs in an appeal not be posted to the court's website. Motions and briefs filed with this court must redact sensitive information in accordance with rules 9.9 and 9.10 of the Rules of Appellate Procedure and this court's local rule 7. Tex. R. App. P. 9.10; Loc. R. 7. The court may require a document to be corrected and resubmitted if, upon screening, the court discovers unredacted sensitive data. A party who is not represented by counsel is not required to include his or her home address on any filing except the docketing statement.

**NOTE TO COURT REPORTER:** You must file the reporter's record in this court within 60 days after the date the sentence is imposed or suspended in open court or the order appealed from is signed; OR 120 days after the date the sentence is imposed or suspended in open court or the order appealed from is signed if a timely motion for new trial is filed and denied; OR if a motion for new trial is granted, 60 days after the order granting the motion is signed; OR 15 days after the notice of appeal is filed if this is an accelerated appeal. *See* Tex. R. App. P. 31.1, 35.2. If you were not the court reporter in this case, or if additional court reporters took testimony in this case, please advise the court in writing immediately.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Bonnie Alexander, Deputy Clerk

cc:   Court Reporter, 415th District Court, Parker County
      117 Fort Worth Hwy
      Weatherford, TX 76086